**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MATTHEW H. ELMORE,**<br><br>    Plaintiff(s),<br><br>    v.<br><br>**WORLD SAVINGS BANK, FSB** *et al.*,<br><br>    Defendant(s). | Case No.: 13-CV-00003 YGR<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On January 11, 2013, Defendant filed a Motion to Dismiss. (Dkt. No. 7). The hearing on the motion is set for March 26, 2013. Plaintiff's opposition was due on or about January 28, 2013. Civ. L.R. 7-3(a); *see also*, Dkt. No. 14 (Notice of Non-Receipt of Opposition to Motion to Dismiss Complaint, filed by Wells Fargo, N.A.).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than **April 5, 2013**</u>. <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is filed. Civ. L.R. 7-3(c).

The hearing date of March 26, 2013 is hereby **CONTINUED** to **April 30, 2013** at **2:00 p.m.**

**IT IS SO ORDERED.**

Dated: March 26, 2013

                                                  _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**